IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-218-BO

| CHARLES DEGRAFFENRIEDT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

This case is before the court on Plaintiff's Motion to Determine the Sufficiency of Discovery Responses [DE #67]. At the court's direction, the parties filed a joint status report on June 10, 2016, in which the parties indicated they have resolved certain matters raised in Plaintiff's motion but have not been able to resolve their differences concerning Defendant's responses to the following requests set forth in Plaintiff's Third Set of Requests for Admission: 69, 79, 80, 86-93, 95-97, 99, 102-107, 109, 112, and 113. The court has carefully considered the parties' arguments. Plaintiff's motion is GRANTED IN PART and DENIED IN PART. It is hereby ORDERED as follows:

1. Within fourteen (14) days of the date of this order, Defendant shall respond to request number 99 as limited to the seven-year period preceding the incident at issue in this case.

2. Within fourteen (14) days of the date of this order, Defendant shall respond to request numbers 102-106, 109, 112, and 113.

3. Plaintiff's motion to deem admitted or, alternatively, to compel further responses to the remaining requests is denied.

This 20th day of June 2016.

_____
KIMBERLY A. SWANK
United States Magistrate Judge